**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF FLORIDA
GAINESVILLE DIVISION**

ROSEMARY CHAVEZ,

      Plaintiff,

v.                                Case No. 1:11cv90-SPM/GRJ

FLORIDA COMMISSION ON HUMAN
RELATION, et al.,

      Defendants.

_____/

## ORDER

      This cause comes before the Court for consideration of the Magistrate Judge's Report and Recommendation (doc. 4) which recommends that Plaintiffs' Motion to Proceed *In Forma Pauperis* (doc. 2) be denied and the case dismissed for failing to state a claim for relief.  Plaintiff has been afforded an opportunity to file objections.  No objections were filed.  Upon consideration, I have determined that the Report and Recommendation should be adopted.

      Accordingly, it is hereby ORDERED as follows:

      1.      The Magistrate Judge's Report and Recommendation (doc. 4) is **adopted** and incorporated by reference into this order;

      2.      Plaintiffs' Motion to Proceed *In Forma Pauperis* (doc. 2) is **denied**; and

3.      This case is dismissed for failing to state a claim for relief.

4.      The Clerk is directed to close this case.

**DONE AND ORDERED** this 12th day of October, 2011.

*S/ Stephan P. Mickle*
Stephan P. Mickle
Senior United States District Judge